# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0991
_____

DEKWAN ANDRE HOWARD,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
David P. Kreider, Judge.

January 28, 2026


PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.